**John Haas, Appellee, v. John King, Appellant.**

Gen. No. 46,352.

First District, First Division.
December 13, 1954.
Released for publication March 7, 1955.

Arthur S. Gomberg, for appellant; Samuel Nineberg, of counsel; Lou Nathanson, for appellee; Charles D. Snewind, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**